UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN TUCKER, | No.  1:24-cv-01566-KES-EPG (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| ARMANDO DE LA CRUZ, | |
| Defendant. | Docs. 1, 12, 16 |

Plaintiff Jordan Tucker is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2025, the magistrate judge screened the complaint and found that plaintiff sufficiently stated claims for purposes of screening against defendant De La Cruz under the Fourth Amendment for an October 20, 2023 cell search, and under the Eighth Amendment for excessive force based on a July 12, 2023 incident.  Doc. 12.  The screening order also explained why the complaint failed to state any other cognizable claims and provided plaintiff thirty days to either file (1) a first amended complaint, (2) a notice to proceed on the claims the Court found to be cognizable, or (3) a notice indicating he wished to stand on his complaint.  *Id.* at 9–10.  On October 29, 2025, plaintiff filed a notice to the Court indicating that he elected to proceed on the claims that the magistrate judge found to be cognizable.  Doc. 13.

1

On October 31, 2025, the assigned magistrate judge issued findings and recommendations, recommending that: (1) this case proceed only on plaintiff's Fourth Amendment claim against defendant De La Cruz based on the October 20, 2023 cell search, and on plaintiff's Eighth Amendment claim against defendant De La Cruz for excessive force based on the July 12, 2023 incident, and (2) all of other claims be dismissed.  Doc. 16.  Plaintiff has not filed objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 31, 2025, Doc. 16, are adopted in full;

2. This action proceeds only on plaintiff's (1) Eighth Amendment claim against defendant De La Cruz for excessive force based on the July 12, 2023 incident, and (2) Fourth Amendment claim against defendant De La Cruz based on the October 20, 2023, cell search;

3. All other claims are dismissed from this action for failure to state claims upon which relief may be granted; and

4. This action is referred back to the magistrate judge for proceedings consistent with this Order.

IT IS SO ORDERED.

Dated:    January 23, 2026

_____
UNITED STATES DISTRICT JUDGE