UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN TUCKER, | Case No. 1:24-cv-01566-KES-EPG (PC) |
| Plaintiff, | ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| DE LA CRUZ, | |
| Defendant. | (ECF No. 29). |

On April 10, 2026, the parties filed a joint stipulation of dismissal, stating as follows:

Plaintiff Jordan Tucker and Defendant A. De La Cruz have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

(ECF No. 29).

In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

\\\

\\\

\\\

\\\

1

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **April 13, 2026**

/s/ *Erin P. Grogan*

UNITED STATES MAGISTRATE JUDGE